**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **HENRY B. BERROCAL, ET AL.,** | § | |
| **Plaintiffs,** | § § § | |
| **v.** | § § § | **SA-25-CV-0474-FB** |
| **AUTO CLUB CNTY. MUT. INS. CO.,** | § § | |
| **Defendant.** | § § § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation of United States Magistrate Judge Richard B. Farrer filed on January 12, 2026. (ECF No. 26). Plaintiff Berrocal has not filed an objection to the Magistrate Judge's Report and Recommendation.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of them. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the Report and Recommendation and determine whether they are either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989).

Plaintiffs are Henry B. Berrocal, a natural person, and Cycle of Management, LLC, and Humanity for Wisdom, legal entities on whose behalf Berrocal attempts to proceed. Plaintiffs originally filed this action asserting various violations of state and federal law related to allegations that Defendant Auto Club County Mutual Insurance Company improperly denied an insurance claim. (ECF No. 1). Defendant filed a Motion to Dismiss for Failure to State a Claim, asserting, among other grounds for dismissal, that: (1) Plaintiffs named improper parties; (2) the causes of action under the Wiretap Act were not properly pleaded; (3) Plaintiffs' claim for alleged

–1–

violation of the Stored Communications Act was unfounded; (4) Plaintiffs couldn't overcome a variety of issues with their state law claims; and (5) Plaintiff Berrocal should be sanctioned for habitually filing meritless lawsuits. (ECF No. 6). Plaintiffs responded with a more detailed statement of their claims, some argument against the alleged frivolity of their claims, and a request for leave to amend the Complaint. (ECF No. 9). The unsigned proposed amended complaint continues to list the same three plaintiffs seeking to recover damages—Berrocal, Cycle of Management, LLC, and Humanity for Wisdom. (ECF No. 8 at 11-19). Also pending are the following motions filed by plaintiff *pro se*: Motion for Certification of Judicial Impartiality and Request for Transfer of Venue, (ECF No. 10); Motion for Sanctions and Other Relief Due to Unreasonable Delay, (ECF No. 12); an Emergency Motion for Expedited Ruling and Expedited Trial Setting, (ECF No. 14); and an Emergency Motion for Temporary Restraining Order, Interim Partial Payment, Preservation of Claim File, expedited hearing on Preliminary Injunction, and request to Waive Rule 11 Safe-Habor/Consider Sanctions, (ECF No. 16).

For reasons stated in the Report and Recommendation, the claims asserted by or on behalf of Plaintiff entities Cycle of Management, LLC, and Humanity for Wisdom are **DISMISSED** because these entities are not represented by counsel and are not properly before the Court. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993). Alternatively, these claims are dismissed   due to Plaintiffs' failure to follow a Court Order and for want of prosecution. *See* FED. R. CIV. P. 16(f) & 41(b).

**IT IS FURTHER ORDERED** that the remaining claims asserted by Plaintiff Berrocal in his individual capacity are **DISMISSED** for failure to prosecute this case and failure to follow a Court Order under Federal Rules of Civil Procedure 41(b) and 16(f).

Finally, Plaintiffs' pending motions—(ECF Nos. 8, 10, 12, 14, and 16)—are **DENIED** for reasons set out in the Report and Recommendation. They are procedurally improper in so far as they attempt to seek relief on behalf of corporate entities that are not represented by licensed

counsel. To the extent these motions seek relief for Plaintiff Berrocal in his individual capacity, the motions are **DENIED AS MOOT** given dismissal of the case.

Finally, in light of the above, Defendant's Motion to Dismiss is **DISMISSED AS MOOT**. (ECF No. 6).

**IT IS SO ORDERED.**

**SIGNED this 4th day of March, 2026.**

_____
**FRED   BIERY**
**UNITED STATES DISTRICT JUDGE**